UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| WILLIAM REYNOLDS ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-396 |
| v. ) | |
| ) | Collier/Carter |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is Plaintiff William Reynolds's ("Plaintiff") motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 21), to which the Social Security Commissioner ("Defendant") responded (Court File No. 24). On March 10, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 25). In the R&R, Judge Carter recommended Plaintiff's motion for attorney's fees be granted and Plaintiff's attorney be awarded $2,602.18 in attorney's and paralegal fees plus $350.00 in filing fees for a total of $2,952.18. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R (Court File No. 25). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 21) and **AWARDS** Plaintiff a total amount of $2,952.18 to be paid in a manner consistent with 28 U.S.C. § 2412.

**SO ORDERED.**

**ENTER:**

/s/ _____

**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**